IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:16-cv-921

| | |
|---|---|
| Danny Joyner ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER for Attorney's Fees |
| Nancy Berryhill, ) | Under Equal Access to Justice |
| ) | Act, 42 U.S.C. §2412 |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

It is hereby ordered that the Commissioner of Social Security pay to the Plaintiff's Attorney the sum of $2429.78 in full satisfaction of all claims arising under EAJA, 28 U.S.C. § 2412(d).

This, the __8th__ day of ____December____, 2017.

_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE