UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

DANNY JOYNER, )
        Plaintiff, )
 )
v. ) **JUDGMENT**
 )
 ) No. 5:16-CV-921-FL
 )
NANCY A. BERRYHILL, )
Commissioner of Social Security, )
        Defendant. )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, Chief United States District Judge, for consideration of plaintiff's application for attorney fees under the Equal Access to Justice Act.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered December 8, 2017, that plaintiff is entitled to attorney's fees under the Equal Access to Justice Act and is specifically awarded $2,429.78.

**This Judgment Filed and Entered on December 8, 2017, and Copies To:**

Jonathan Blair Biser (via CM/ECF Notice of Electronic Filing)
Mark J. Goldenberg (via CM/ECF Notice of Electronic Filing)


December 8, 2017                    PETER A. MOORE, JR., CLERK
                                      /s/ Sandra K. Collins
                                    (By) Sandra K. Collins, Deputy Clerk